In the Matter of the Claim of ROSE MIRANDA, Respondent, v. MARLBORO DRESS CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.